UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

LINENS OF EUROPE, INC.,
LINENS OF EUROPE NEW YORK, INC., and
S DURAN L, as a single employer,
Respondent.

**AFFIDAVIT OF SERVICE
07 CIV. 8804 (LBS)**

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

Evelyn Soto, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11215.

2. On December 3, 2007, I served the Respondent herein with a copy of the signed Petition to Confirm Arbitration Award, Notice of Petition and Memorandum of Law by causing a true copy of said motion papers to be addressed to the Respondent at 223 East 141st Street, Bronx, New York 110451 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 3509 and regular mail.

_____
Evelyn Soto

Sworn to, before me, this
3rd day of December 2007

_Sabrina Brooks_
**SABRINA BROOKS**
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires 9/18/2010