▲ **UNITE HERE Fund Administrators**
*An Affiliate of Amalgamated Life*

UNITE HERE Fund Administrators, Inc.

730 Broadway
New York, NY 10003-9511
212-539-5000
fax: 212-387-0710

**MEMO ENDORSED**

January 16, 2008

RECEIVED JAN 1 6 2008 CHAMBERS OF LEONARD B. SAND



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-16-08

**BY HAND**

Honorable Leonard B. Sand
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street – Room 1650
New York, New York 10007

Re:  Laundry, Dry Cleaning Workers and Allied Industries Health Fund,
UNITE HERE!, et al. –v.- Linens of Europe, Inc., etc.
--- 07-CV-8804(LBS)

Dear Judge Sand:

We represent the petitioners in the above-referenced proceeding to confirm an arbitration award for employee benefit fund contributions. We are writing to respectfully request the Court's permission to apply for a default judgment against respondent Linens of Europe, Inc., Linens of Europe New York, Inc. and S Duran L, a single employer, in this proceeding.

The instant proceeding was commenced on October 12, 2007 by the filing of the petition to confirm arbitration award ("the petition"). The petition, notice of petition and supporting documents were served on respondent by mail as permitted by the underlying collective bargaining agreement and the Federal Arbitration Act, 9 U.S.C. § 9, as reflected by the affidavit of service filed with the Court on December 3, 2007. To date, Respondent has not appeared, answered or otherwise moved with respect to the petition. Enclosed is a copy of the Clerk's Certificate noting respondent's default.

Based on the foregoing facts, and in the interest of judicial economy, petitioners respectfully request permission to apply to the Court for a default judgment.

On a related matter, petitioners respectfully request a 30-day adjournment of the conference scheduled for January 17, 2008 at 2:00 p.m. to permit petitioners to file and serve the application for default judgment.

**MEMO ENDORSED**

*Petitioners may apply for a default judgment with notice to defendants. Jan. 17, 2008 conference is adjourned. So ordered. [signature] 1/16/08*

515

Honorable Leonard B. Sand
January 16, 2008
Page 2

The Court's considerations are appreciated.

Respectfully submitted,

**UNITE HERE FUNDS ADMINISTRATORS, INC.**

By: _____
David C. Sapp (DS5781)

Enclosure

cc:   Linens of Europe, Inc., Linens of Europe New York, Inc. and S Duran L
      (via certified mail and regular mail)(w/enclosure)

