▲ **UNITE HERE Fund Administrators**

*An Affiliate of Amalgamated Life*

UNITE HERE Fund Administrators, Inc.

730 Broadway
New York, NY 10003-9511
212-539-5000
fax: 212-387-0710



**MEMO ENDORSED**

February 15, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-20-08

<u>VIA FAX (212) 805 - 7919</u>

Honorable Leonard B. Sand
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street – Room 1650
New York, New York 10007

    Re:    <u>Laundry, Dry Cleaning Workers and Allied Industries Health Fund,
            UNITE HERE!, et al. –v.– Linens of Europe, Inc., etc.
            --- 07-CV-8804(LBS)</u>

Dear Judge Sand:

    We represent the petitioners in the above-referenced proceeding to confirm an arbitration award for employee benefit fund contributions. On January 16, 2008, the Court granted petitioners' application to apply to the Court for a default judgment against respondent Linens of Europe, Inc., Linens of Europe New York, Inc. and S Duran L, a single employer, in this proceeding. The Court thereafter scheduled a conference on the default judgment application for February 19, 2008.

    We are writing to respectfully request a brief adjournment of the February 19, 2008 conference for the following reasons. The undersigned attorney has primary responsibility for prosecution of the instant proceeding, and was on paternity leave during February 2008. As a result, petitioners will require additional time to complete the default judgment application and supporting documents and serve those documents on respondent.

    Based on the foregoing facts, and in the interest of judicial economy, petitioners respectfully request an adjournment of the hearing on petitioners' application for a default judgment to March 18, at 2:15 p.m., which date and time was provided to us by Daniel Kenneally of your Honor's Chambers.

**MEMO ENDORSED**

[signature]

2/19/08

Honorable Leonard B. Sand
February 15, 2008
Page 2

The Court's considerations are appreciated.

Respectfully submitted,

By: _____
David C. Sapp (DS5781)

cc:   Linens of Europe, Inc., Linens of Europe New York, Inc. and S Duran L
(via certified mail and regular mail)(w/enclosure)

**MEMO ENDORSED**