UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES
between
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!
Petitioners,
and
LINENS OF EUROPE, INC.,
LINENS OF EUROPE NEW YORK, INC. and
S DURAN L, as a single employer,
Respondent.

**AFFIDAVIT OF SERVICE**
**07 Civ. 8804 (LBS)**

STATE OF NEW YORK   )
                    ) ss
COUNTY OF NEW YORK  )

Sabrina Brooks, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

2. On March 12, 2008, I served the Respondent herein with a copy of the Default Judgment by causing a true copy of said Motion papers addressed to Veronica Wright, Chief Executive Officer for the Respondent, at 5000 Longmont Dr 16, Houston, Texas 77056 to be delivered by overnight mailing, DHL Express number 60378975941.

3. On March 12, 2008, I served the Respondent herein with a copy of the Default Judgment by causing a true copy of said Motion papers addressed to Veronica Wright, Chief Executive Officer for the Respondent, at 5000 Longmont Dr 16, Houston, Texas 77056 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 5190 and regular mail.

_____
Sabrina Brooks

Sworn to, before me, this 12th day of March 2008.

_____
Notary Public

MICHELE REID
Notary Public, State of New York
No. 01RE6159608
Qualified in Kings County
Commission Expires 01/22/2011